IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| FRANCISCO MADRID-MANZO, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION 17-0037-CG-MU |
| | ) | CRIMINAL NO. 15-00006-CG-MU |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |
| AND | | |
| | | |
| FRANCISCO MADRID-MANZO | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION 17-0039-CG-MU |
| | ) | CRIMINAL NO. 15-00278-CG-MU |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that Petitioner's motions to vacate, set aside or correct his sentences (*see* Criminal No. 15-00006-CG, Doc. 65 and Criminal No. 15-00278-CG, Doc. 32) are due to be and hereby are **DENIED** as meritless and frivolous. Petitioner is not entitled to a certificate of appealability and, therefore, he is not entitled to appeal in forma pauperis.

**DONE and ORDERED** this 17th day of July, 2017.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE